12/21/2010     **TUESDAY**     **Judge Randall L. Dunn**

11:00 AM    ■ 09-40921 rld 11    **Blue Heron Paper Company**
CR 3

Continued Disclosure Statement Hearing(388)
First Amended Notice of Final Hearing and Motion For Authority to Use Cash Collateral and Supporting Document(s). Filed by Debtor Blue Heron Paper Company Hearing Scheduled for 12/21/2010 at 11:00 AM at Courtroom #3, Portland. (VANDEN BOS, ROBERT) (449)
Second Amended Notice of Final Hearing and Motion For Authority to Use Cash Collateral and Supporting Document(s). Filed by Debtor Blue Heron Paper Company Hearing Scheduled for 12/21/2010 at 11:00 AM at Courtroom #3, Portland. (Attachments: # (1) Exhibit D - Pgs 1 - 34# (2) Exhibit D 35-75 and E) (VANDEN BOS, ROBERT) (450)

SIGN IN SHEET ATTACHED

Blue Heron Paper Company - db    DAVID B LEVANT
BRANDY A SARGENT
GARVEY SCHUBERT
ROBERT J VANDEN BOS

**Evidentiary Hearing:**    Yes: ☐   No: ☒

Motion re Cash Collateral resolved.

Prelim. Hearing re 1114 issue set on 1/20/11 at 9:00am, #3 ✓block
(one hour)

Confirmation hearing set on 2/28/11 at 9:00am, #3 ✓block
(one day)

Amendments to Plan + Disc. Stmt due by end of first week in January 2011. To be mailed by 1/14/11

Deadline for Obj to Conf. + Ballots due 2/18/11
responses + Ballot Summary due by 2/24/11

_____ to prepare order

Further action needed to reg

DOCKET ENTRY:

JR                Run Date: 12/21/2010

In Re:

Blue Heron Paper Co.

Debtor.

Case No.: 09-40921

## LIST OF PERSONS ATTENDING
Dec. 21, 2010

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Brinay Sargett | Blue Heron |
| Chris Parnell | Sempra |
| David Levin | Blue Heron |
| Noam Chin | Wells Fargo |
| Timothy Conway | Atty for Wells Fargo |
| Vivienne Popper | UST |
| R. Gibson Masters | UCC |
| Brad Baker | Retirees Committee |
| Dan Boverman | Blue Heron |
| Pat Norquist | Blue Heron |
| Bob Vanden Bos | " |
| Dan Rosenhouse | State of Oregon |