Case 09-40921-rld7    Doc 529    Filed 02/25/11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | ) | Case No. **09-40921-rld11** |
| --- | --- | --- |
| **Blue Heron Paper Company** | ) ) ) ) | AMENDED SUMMARY OF ACCEPTANCES AND REJECTIONS (NOTE: Prepare |
| Debtor(s) | ) | Per Local Form (LBF) #1181.2) |

| Class | Impaired or Unimpaired* | Total No. of Ballots Filed | % of Dollar Amt. Accepting** | % of Number Accepting** |
| --- | --- | --- | --- | --- |

# SEE ATTACHED LIST

    This Summary consists of  3   pages. I certify under penalty of perjury that this Summary completely and accurately reflects all ballots received; the tabulations are correct to the best of my knowledge; all ballots received are separated and assembled by acceptances and rejections by class; I have retained the originals; I will provide copies to an interested party upon written request, and upon objection to the accuracy of this Summary I will introduce the originals at the hearing of such objection for possible admission to the official court record; and a copy of it was served on any Creditors' Committee AND the U.S. Trustee on the date below.

Date: 2/25/2011           /s/Brandy A. Sargent          045713
                          Signature                    (OSB# if attorney)

                          **Brandy A. Sargent**
                          TYPE OR PRINT SIGNER'S NAME

*If any class is designated as unimpaired, explain on an attached sheet why the class is unimpaired, or refer to the portion of the disclosure statement that provides such an explanation.

**When calculating percentages, count only the allowed amount of those claims voting.

1181 (7/29/04)
70561241.1 0042420-00013

**In re Blue Heron Paper Company**
**Case No. 09-40921-rld11**
**Continuation of Summary of Acceptances and Rejections ***

| Class | Name | Impaired or Unimpaired* | Total No. of Ballots Filed | % of Dollar Amt. Accepting** | % of Number Accepting** |
|---|---|---|---|---|---|
| One-A | Allowed Employee Priority Claims | Unimpaired | No Rejecting Ballots | No Rejecting Ballots | No Rejecting Ballots |
| One-B | All Other Allowed Priority Claims | Unimpaired | No Rejecting Ballots | No Rejecting Ballots | No Rejecting Ballots |
| Two-A | Allowed Secured Claim of Wells Fargo | Impaired | No Ballot Cast | 0% | 0% |
| Two-B | Allowed Secured Claims of Sempra | Impaired | 1 | 100% | 100% |
| Two-C | Allowed Secured Claim of ODOE | Impaired | No Ballot Cast | 0% | 0% |
| Three-A | All Allowed Unsecured Claims other than Convenience Claims | Impaired | 59 | 99% | 97% |
| Three-B | SPC Pomona Claim | Impaired | 1 | 100% | 100% |
| Four | Allowed Convenience Claims | Impaired | 44 | 100% | 100% |
| Five-A | Allowed Stock Repurchase Claims re ESOP | Impaired | 70 | 81% | 81% |
| Five-B | Allowed Stock Repurchase Claims re Supplemental Plans | Impaired | Deemed Rejected per Plan | 0% | 0% |
| Six | Intercompany Claim | Impaired | Deemed Accepted per Plan | 0% | 0% |
| Seven | Allowed Interests | Impaired | 92 | 83% | 84% |

* See Continuation Statement for explanation of treatment of disqualified ballots; or other pertinent balloting issues.

Ballot Summary – Continuation Statement
Explanation of Designation of Unimpaired Classes

Class One A: <u>Allowed Employee Priority Claims.</u> See Section IV C of the Disclosure Statement.

Class One B: <u>All Other Allowed Priority Claims.</u> See Section IV C of the Disclosure Statement.

Disqualified Ballots: Certain ballots were disqualified or not counted for the reasons stated below.

| Creditor | Class | Reason Ballot not counted |
|---|---|---|
| Lawson Products, Inc. | 4 | Did not indicate accept or reject |
| Metro Tractor, Inc. | 4 | Duplicate |
| Andritz, Inc. | 3A | Duplicate |
| Hefner, James | 5A | Duplicate |
| Ingram, Ronald C. | 5A | Insider |
| Melkerson, Jon E. | 5A | Insider |
| Motta, Jared | 5A | Duplicate |
| Oaks, Kara L. | 5A | Insider |
| Ronquillo, John | 5A | Duplicate |
| Doubleday, Roderick | 7 | Insider |
| Herr, Robert M. | 7 | Insider |
| Holsinger, Denise | 7 | Submitted by Fax |
| Ingram, Ronald C. | 7 | Insider |
| Lowe, George | 7 | Insider |
| Malloch, Janet | 7 | Insider |
| Melkerson, Jon E. | 7 | Insider |
| Oaks, Kara L. | 7 | Insider |
| Ravissipour, Mansour | 7 | Did not indicate accept or reject |
| Ronquillo, John | 7 | Duplicate |

Disqualified Ballots: Any ballots received after 5 pm on February 18, 2011 are deemed 'late filed' and will not be counted for purposes of this Summary of Acceptances and Rejections.