CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

FEB 2 8 2011

LODGED_____REC'D_____
PAID_____DOCKETED___

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) Bankruptcy Case<br>) No. 09-40921-rld11<br>) |
| Blue Heron Paper Company, | ) <br>) NOTICE OF PROPOSED CONVERSION |
| Debtor. | ) OF CASE (Chapter 11 to<br>) Chapter 7); **NOTICE OF HEARING** |

**IT APPEARING** that Wells Fargo Bank has filed a motion ("Motion," #532 on the docket) to convert the above-entitled Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code:

**YOU ARE THEREFORE NOTIFIED** that the above-entitled case may be converted as specified above unless within 21 days of the above "Filed" date a party in interest files both: (1) a written objection, setting forth the specific reasons for such objection, with the Bankruptcy Clerk at 1001 SW 5th Ave #700, Portland, OR 97204, and (2) serves a copy on any parties listed below:

Attorney for Debtor - BRANDY A SARGENT, 900 SW 5th Ave #2600, Portland, OR 97204 (503) 224-3380

Attorney for Wells Fargo Bank - TIMOTHY J CONWAY, 888 SW 5th Ave #1600, Portland, OR 97204 (503) 221-1440

US Trustee - 620 SW Main St, Room 223, Portland, OR 97205 (503 326-4000)

**YOU ARE FURTHER NOTIFIED** that a final evidentiary hearing ("Hearing"), at which evidence may be taken, is scheduled for March 22, 2011 at 2:30 p.m. in Courtroom No. 3, US Bankruptcy Court, 1001 SW 5th Ave, 7th Flr, Portland, OR 97204. At the Hearing the court will consider the Motion and any timely objection(s) filed pursuant to this Notice.

**IMPORTANT NOTE:** Unless you receive a written order of conversion (or dismissal) from this court you should consider this case is still being administered under the original chapter!

CLERK, US BANKRUPTCY COURT