| | |
|---|---|
| 1 | **Timothy J. Conway**, OSB No. 851752 |
| | Direct Dial:  (503) 802-2027 |
| 2 | Facsimile:   (503) 972-3727 |
| | E-Mail:      tim.conway@tonkon.com |
| 3 | **Michael W. Fletcher**, OSB No. 010448 |
| | Direct Dial:  (503) 802-2169 |
| 4 | Facsimile:   (503) 972-3829 |
| | E-Mail:      michael.fletcher@tonkon.com |
| 5 | **TONKON TORP** LLP |
| | 1600 Pioneer Tower |
| 6 | 888 S.W. Fifth Avenue |
| | Portland, OR  97204 |

Attorneys for Wells Fargo Bank

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 09-40921-rld11 |
| Blue Herron Paper Company, | **WELLS FARGO'S MOTION TO CONTINUE HEARING ON ITS MOTION TO CONVERT CASE TO CHAPTER 7** |
| Debtor. | |

Wells Fargo Bank, N.A. ("Wells Fargo") has reached an agreement with Debtor for the immediate appointment of a Chapter 11 Trustee and a short continuance of the hearing on the Motion to Convert Case to Chapter 7 [Docket No. 532] ("Motion").  Wells Fargo requests that the hearing on its Motion be continued for one week to 10 days.  Wells Fargo expects that it will be able to reach an agreement with the proposed Chapter 11 Trustee on the appropriate use of cash collateral pending the continued hearing on Wells Fargo's

* * *

* * *

* * *

* * *

* * *

**Page 1 of 2** -   WELLS FARGO'S MOTION TO CONTINUE HEARING ON ITS MOTION TO CONVERT CASE TO CHAPTER 7

1  Motion. Wells Fargo has spoken with Debtor's counsel on this matter and the parties are in

2  agreement as set forth above.

3        Respectfully submitted this 21st day of March, 2011.

4              TONKON TORP LLP

5

6  By */s/ Timothy J. Conway*
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448

7      Attorneys for Wells Fargo Bank

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 2 of 2** -   WELLS FARGO'S MOTION TO CONTINUE HEARING ON ITS MOTION TO CONVERT CASE TO CHAPTER 7

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **WELLS FARGO'S MOTION TO CONTINUE HEARING ON ITS MOTION TO CONVERT CASE TO CHAPTER 7** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties:

☑ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below; or

☐ by faxing a copy thereof to each attorney at his last-known facsimile number on the date set forth below.

DATED this 21st day of March, 2011.

TONKON TORP LLP


By */s/ Timothy J. Conway*
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Attorneys for Wells Fargo Bank

# LIST OF INTERESTED PARTIES

*In re Blue Heron Paper Company*
US Bankruptcy Court Case No. 09-40921-rld11

## ECF PARTICIPANTS

United States Trustee's Office
620 SW Main Street, Suite 213
Portland, OR 97205-3026
USTPRegio18.PL.ECF@usdoj.gov

Brandy A. Sargent
Scott J. Kaplan
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
basargent@stoel.com
sjkaplan@stoel.com
    Attorney for Debtor

R. Gibson Masters
Mark Barreca
K&L Gates LLP
222 SW Columbia St, #1400
Portland, OR 97204
gib.masters@klgates.com
Marc.barreca@klgates.com
    Attorneys for Official Unsecured Creditors' Committee

Ronald T. Adams
805 SW Broadway, #1900
Portland, OR 97205
rta@bhlaw.com
    Attorney for Weyerhaeuser Company

Robert J Vanden Bos
319 SW Washington, #420
Portland, OR 97204
vbcservice@yahoo.com
    Special Counsel for Debtor

Daniel P. Mazo
250 N. Pennsylvania Ave
Morrisville, PA 19067
dpm@curtinheefner.com
    Attorney for FMC Corporation

David B. Levant
Scott J. Kaplan
Stoel Rives LLP
600 University St. #3600
Seattle, WA 98101
dblevant@stoel.com
sjkaplan@stoel.com
    Pro Hac Vice Counsel for Debtor

David B. Mills
115 W 8th Avenue #390
Eugene, OR 97401
davidbmills@comcast.net
    Attorney for PGE

Daniel F. Vidas
851 SW 6th Ave #1500
Portland, OR 97204
dvidas@dunncarney.com
    Attorney for Oregon Climate Trust

Joseph A. Field
Field Jerger LLP
621 SW Morrison, #1225
Portland, OR 97205
joe@filejerger.com
    Attorney for National Fiber Supply

Jason M. Ayres
Farleigh Wada Witt
121 SW Morrison St, #600
Portland OR 97204-3192
jayres@fwwlaw.com
    Attorney for Johnston Bros. Contracting Co.

John A. Anderson
1515 SW 5th Ave #1020
Portland, OR 97201
john@aylawfirm.com
    Attorney for Redding Lumber Transport, Inc., dba RLT, Inc.

Brent G. Summers
Tarlow Naito & Summers LLP
150 SW Harrison St, #200
Portland, OR 97201
brent.summers@tsnlaw.net
    Attorneys for WM Recycle America

Amos U. Priester
POB 2611
Raleigh, NC 27602-2611
apriester@smithlaw.com
    Attorney for Weavexx LLC

Gregg D. Johnson
Ater Wynne
1331 NW Lovejoy St #900
Portland, OR 97209
gdj@aterwynne.com
    Attorneys for NW Natural

David W. Hersher
Miller Nash LLP
111 SW Fifth Avenue, #3400
Portland, OR 97204
dave.hersher@millernash.com
    Attorneys for Chemtrade Performance Chemicals US, LLC

Jeanette L. Thomas
Perkins Coie LLP
1120 NW Couch Street, Tenth Floor
Portland OR 97209-4128
jthomas@perkinscoie.com
    Attorney for Kemira Chemicals, Inc.

Tara E. Nauful
POB 118889
Columbia, SC 29211
tnauful@hsblawfirm.com
    Attorney for Sonoco
    Products Company

David C. Neu
K&L Gates LLP
925 Fourth Avenue, #2900
Seattle, WA 98104-1158
david.neu@k&lgates.com
    Pro Hac Vice Special
    Counsel for Creditors
    Committee

Mark Fink
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta, GA 30309-4530
mfink@kilpatrickstockton.com
    Attorney for Kemira
    Chemicals

Robert Szwajkos
250 N Pennsylvania Ave
Morrisville, PA 19067
rsz@curtinheefner.com
    Attorney for FMC
    Corporation

Frank F. McGinn
Bartlett Hackett Feinberg PC
155 Federal St, 9th Floor
Boston, MA 02110
ffinn@bostonbusinesslaw.com
    Attorney for Iron
    Mountain Information
    Management, Inc.

Douglas P. Cushing
Jordan Schrader
Two Centerpoine Dr – 6th Flr
Lake Oswego, OR 97035
doug.cushing@jordanschrader.com
    Attorney for Bayard, PA

C. Scott Howard
111 SW Fifth Avenue #11175
Portland, OR 97204
showard@k-hlaw.com
    Attorney for Harder
    Mechanical

Sherri B. Lazear
Baker & Hostetler LLP
65 East State Street, Suite 2100
Columbus, OH 43215
slazear@bakerlaw.com
    Attorney for Specialty
    Minerals Inc.

Howard M. Levine
Sussman Shank
1000 SW Broadway #1400
Portland, OR 97205
howard@sussmanshank.com
    Attorney for Diversified
    Financial Services, LLC

Christopher L. Parnell
Farleigh Wada Witt
121 SW Morrison #600
Portland, OR 97204
cparnell@fwwlaw.com
    Attorney for Sempra
    Energy Solutions LLC

Daniel H. Rosenhouse
1515 SW 5th Ave #410
Portland, OR 97201
dan.rosenhouse@doj.stdate.or.us
    Attorney for Oregon
    Department of Energy

Bradley O. Baker
15545 Village Park Ct
Lake Oswego, OR 97034
bardleyo10@msn.com
    Attorney for Committee
    of Retired Employees

Richard D. Burnstein
Steven T. Gubner
21650 Oxnard St #500
Woodland Hills, CA 91367
rburnstein@ebg-law.com
sgubner@ebgkaw.com
Attorneys for Atlas Papers, Inc.

**REQUESTS FOR SPECIAL NOTICE:**

Mary Ann Kilgore
1400 Douglas St MC 1580
Omaha, NE 68179
    for Creditor Union
    Pacific Railroad

Glenn M. Reisman
Two Corporate Drive, #234
Shelton, CT 06484-0861
    Attorney for GE
    International

**NON-ECF PARTICIPANTS:**

Brian W. Bisignani
Post & Schell, P.C.
17 North 2nd St, 12th Floor
Harrisburg, PA 17101-1601
    Attorney for Aon
    Consulting

BNSF Railway Company
Attn: Quincy Chumley
3001 Lou Menk Dr.
Fort Worth, TX 76131

**OTHER APPEARING PARTIES:**

Rand L. McClellan
Baker & Hostetler LLP
65 East State Street, Suite 2100
Columbus, OH 43215
Attorney for Specialty Minerals

**OTHER INTERESTED PARTIES**:

Dan Alexander
17721 S Deininger Rd
Oregon City, OR 97045

Hope J. Antonacci
5427 SE Cornish Ct
Milwaukie, OR 97267

Ashland, Inc.
c/o Terry Nicholson
5200 Blazer Parkway
Dublin, OH 43017

Lonnie Edward Bain
47225 SE Clausen Rd
Estacada, OR 97023

Colleen Barth
7671 S Drake Rd
Mt Angel, OR 97362

Lance S. Bell
13430 NE Sandy Blvd #K-2
Portland, OR 97230

Terry Bourbonnais
19804 SW Boones Ferry Rd
Tualatin, OR 97062

Jerry F Carlos
29729 S Molalla Ave
Molalla, OR 97038

Christie T Chulos
15806 S Holcomb Blvd
Oregon City, OR 97045

Clearwater Environmental Services Inc
28395 SW Boberg Rd
Wilsonville, OR 97070

Coastal Fibre, Inc
c/o Troy Wilson, President
POB 99  OR 97358

Wayne S. De Vore
18889 Highland Dr
Oregon City, OR 97045

Charlotte Demitrakikes
Demitrakikes Trucking, Inc
POB 381
Canby, OR 97013

Michael Demitrakikes
Demitrakikes Trucking, Inc
POB 381
Canby, OR 97013

Demitrakikes Trucking, Inc.
c/o Denise Thornton
P.O. Box 381
Canby, OR 97013

Donald K Dowell
355 Chicago Ave
Gladstone, OR 97027

Jeff Garvison
17186 Holly Ln
Oregon City, OR 97045

GREGORY A HARTMAN
111 SW 5th Ave #1650
Portland, OR 97204-3627

Robert Herr
13306 Abigail Ct
Oregon City, OR 97045

Steven L. Irvin
3556 Sunset Dr
Hubbard, OR 97032

Gregg Johnson
23001 NE 209th Ave
Battle Ground, WA 98604-4910

John W. LaFarge
16170 S Henrici Rd
Oregon City, OR 97045

Randy Dennis Larson
POB 206
Scotts Mills, OR 97375

Randy Lee Larson
POB 206
Scotts Mills, OR 97375

Mark Lowrie
12787 Hiefield Ct
Oregon City, OR 97045

Brad S Mallonee
1338 W 4th Ave
Kennewick, WA 99336

Metro Waste Paper Recovery, Inc.
c/o Ken Rasmussen
12345 104 Ave.
Surrey, BC V3V3H2

James E. Miller
3220 Ermine St SE
Albany, OR 97322

Ron Milton
1461 Burns St
West Linn, OR 97068

Jared Motta
31127 Willamette Way W
Wilsonville, OR 97070

Nationwide Magazine Recycling, Inc.
c/o Roy Threlkeld
2300 Apollo Circle
Carrollton, TX 75006

Pacific Fibre Products
c/o Don Lightfoot
PO Box 278
Longview, WA 98632

Marilyn K Roberts
32012 S Hwy 213
Molalla, OR 97038

Larry Rotrock
POB 1033
Estacada, OR 97023

Guy Leo Salveta
14824 SE Laurie Ave
Milwaukie, OR 97267

Michael Schwenker
9111 NE 145th Ave
Vancouver, WA 98682

Anthony Smith
12220 SW Pioneer Ln #145
Beaverton, OR 97008

Dwayne Soltesz
8518 SE 72nd Ave
Portland, OR 97206-8707

Jon Stewart
317 5th Ave SE #A
Albany, OR 97321

James E Thorne
1012 Leonard St
Oregon City, OR 97045

Weyerhaeuser
c/o Linda Fornero
CH2E30 P.O. Box 9777
Federal Way, WA 98063